UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STACEY ALLIGOOD,

    Plaintiff,

v.                                    Case No. 8:23-cv-1677-TPB-NHA

SUNSHINE BUSINESS
MANAGEMENT, INC., et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Natalie Hirt Adams, United States Magistrate Judge, entered on June 26, 2025, 2025. (Doc. 56). Judge Adams recommends that Plaintiff's Renewed Motion for Final Default Judgment Against B K R Holdings Group Inc." (Doc. 48) be granted in part and denied in part. On July 11, 2025, Plaintiff filed a response indicating that she did not oppose the report and recommendation but requested that any judgment entered include language stating that the amounts for which B K R Holdings Group Inc. is liable are to be joint and several with any other judgments and damages that may be entered against other defendants.[1] (Doc. 57).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate

---

[1] The Court notes that the case was dismissed as to Defendant Sunshine Business Management Inc. after the parties entered into a settlement agreement. *See* (Docs. 34; 35).

judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Adams's well-reasoned report and recommendation, the Court adopts the report and recommendation in full. Consequently, Plaintiff's renewed motion for final default judgment is granted in part and denied in part, as set forth in the report and recommendation.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 56) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiff's "Renewed Motion for Final Default Judgment Against B K R Holdings Group Inc." (Doc. 48) is **GRANTED IN PART**, as set forth in the report and recommendation.

(3) The Clerk is directed to enter a final default judgment in favor of Plaintiff Stacey Alligood and against Defendant B K R Holdings Group Inc., on Count 1 of the second amended complaint (Doc. 44) for damages in the amount of

$170,844.54, plus prejudgment interest accruing from July 27, 2024, to the date of judgment calculated at the rate specified in New Jersey Court Rule 4:42-11(a), plus post-judgment interest accruing at the usual and lawful rate for federal court judgments. This judgment should reflect that it is joint and several to any other judgments and damages entered as to Defendant Sunshine Business Management, Inc.

(4) Plaintiff is entitled to an attorney's fee pursuant to the rental agreement. Plaintiff is directed to move for a specified attorney's fee and costs within the time prescribed by Federal Rule of Civil Procedure 54 and Local Rule 7.01.

(5) Plaintiff's renewed motion is otherwise **DENIED**, and all counts other than Count I are **DISMISSED WITHOUT PREJUDICE**, consistent with Plaintiff's consent at the motion hearing.

(6) Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 17th day of July, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE